# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2565 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 239 DB 2018 |
| | : | |
| v. | : | Attorney Registration No. 52234 |
| | : | |
| SHEILA K. YOUNGER-HALLIMAN, | : | (Out of State) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of April, 2020, on certification by the Disciplinary Board that Sheila K. Younger-Halliman, who was suspended on consent for a period of one year, has filed a verified statement showing compliance with the Order of Suspension and Pa.R.D.E. 217, Sheila K. Younger-Halliman is reinstated to active status.